# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cohen, Mark H. | U. S. District Court, Georgia | 05/07/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

1921 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohen, Mark H. | 05/07/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohen, Mark H. | 05/07/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cohen, Mark H.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br>(2)<br>Date<br>mm/dd/yy | <br>(3)<br>Value<br>Code 2<br>(J-P) | <br>(4)<br>Gain<br>Code 1<br>(A-H) | <br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of America (accounts) | A | Interest | M | T | | | | | |
| 2. CIT Bank (CD) | B | Interest | | | Distributed | 07/19/19 | L | A | |
| 3. Iberia Bank (CD) | C | Interest | L | T | | | | | |
| 4. Promise One Bank (formerly NOA Bank) (CD) | C | Interest | L | T | | | | | |
| 5. IRA Account #1 | | | | | | | | | |
| 6. --Amer Balanced Fund ABALX | D | Dividend | N | T | | | | | |
| 7. --Amer Growth Fund AGTHX | B | Dividend | | | Sold | 05/29/19 | K | A | |
| 8. --Amer Fds Inc Fund AMECX | D | Dividend | N | T | | | | | |
| 9. --Amer Smallcap World Fund SMCWX | D | Dividend | N | T | | | | | |
| 10. --Capital Income Builder Fund CAIBX | D | Dividend | M | T | | | | | |
| 11. --New World Fund NEWFX | A | Dividend | M | T | Buy | 05/29/19 | K | | |
| 12. IRA Account #2 | | | | | | | | | |
| 13. --JP Morgan Large Cap Growth Fund OLGAX | D | Dividend | M | T | | | | | |
| 14. --Metropolitan West Total Return Fund MWTIX | B | Dividend | L | T | | | | | |
| 15. --Galliard Retirement Income Fund | B | Dividend | M | T | | | | | |
| 16. Brokerage Account | | | | | | | | | |
| 17. --Amer Funds Washington Mut Fund WMFFX | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cohen, Mark H. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. --AMG TimeSquare Mid Cap Growth Fund TQMIX | A | Dividend | | | Sold | 05/30/19 | K | B | |
| 19. --Delaware Value Fund DDVIX | A | Dividend | | | Sold | 05/30/19 | K | A | |
| 20. --Deutsche Enhanced Comm. Strategy Fund SKIRX | A | Dividend | | | Sold | 05/30/19 | J | A | |
| 21. --Eagle Small Cap Growth Fund Carillon Ser Tr HSIIX | A | Dividend | | | Sold | 05/30/19 | J | A | |
| 22. --Eaton Vance Income Fund EIBIX | A | Dividend | | | Sold | 05/30/19 | J | A | |
| 23. --Goldman Sachs Fin Sq Treasury Instrum Fund FTIXX | A | Dividend | | | Sold | 05/30/19 | J | A | |
| 24. --Hotchkis & Wiley Mid Cap Value Fund | A | Dividend | | | Sold | 02/21/19 | K | A | |
| 25. --Invesco Oppenheimer Devel Mkts Fund ODVYX | A | Dividend | K | T | | | | | |
| 26. --John Hancock Classic Value Fund HWMIX | A | Dividend | K | T | Sold (part) | 05/30/19 | J | A | |
| 27. --Lazard Emerging Mkts Equity Fund LZEMX | A | Dividend | | | Sold | 05/30/19 | K | A | |
| 28. --Lord Abbott High Municipal Bond Fund HYMIX | C | Dividend | L | T | Buy | 05/30/19 | L | | |
| 29. --MFS Emerging Mkts Debt Fund MEDIX | A | Dividend | | | Sold | 05/30/19 | J | A | |
| 30. --MFS Ser TR I Value Fund MEIIX | A | Dividend | | | Sold | 05/30/19 | K | A | |
| 31. --MainStay Large Cap Growth Fund MLAIX | A | Dividend | | | Sold | 05/30/19 | K | A | |
| 32. --Principal Funds, Inc. Global Real Estate POSIX | A | Dividend | K | T | | | | | |
| 33. --T Rowe Price Real Estate TRREX | A | Dividend | | | Sold | 05/30/19 | J | A | |
| 34. --T Rowe Price Int'l Funds TROSX | A | Dividend | | | Sold | 05/30/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohen, Mark H. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Victory Sycamore Small Co. Opportunity Fund VSOIX | A | Dividend | K | T | | | | | |
| 36. --Voya Large Cap Growth Fund PLCIX | A | Dividend | K | T | | | | | |
| 37. --Wells Fargo Core Bond Fund MBFIX | A | Dividend | | | Sold | 05/30/19 | J | A | |
| 38. --Wells Fargo Emerging Growth Fund WEMIX | A | Dividend | K | T | | | | | |
| 39. --William Blair Int'l Growth Fund BIGIX | A | Dividend | | | Sold | 03/19/19 | K | C | |
| 40. --Ishares U. S. Real Estate Exch. Traded Fund IVR | A | Interest | K | T | Buy | 05/30/19 | J | | |
| 41. --City of Atlanta Airport Passenger Facility Bond | A | Interest | J | T | Buy | 05/31/19 | J | | |
| 42. --City of Atlanta Water & Wastewater Rev Bond | A | Interest | K | T | Buy | 05/31/19 | K | | |
| 43. --City of Atlanta Devel. Auth. New Downtown Stadium Bond | A | Interest | J | T | Buy | 05/30/19 | J | | |
| 44. --Fulton County Devel. Auth. Rev. Bond | A | Interest | J | T | Buy | 05/31/19 | J | | |
| 45. --Georgia State Series A Tanche Bond | A | Interest | K | T | Buy | 05/30/19 | K | | |
| 46. --Georgia State Series A G/O Bond | A | Interest | K | T | Buy | 05/30/19 | K | | |
| 47. --Georgia Private Colleges & Univ. Rev. Bond | A | Interest | K | T | Buy | 05/30/19 | K | | |
| 48. New York Life Whole Life Policy | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohen, Mark H. | 05/07/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark H. Cohen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544